COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Shawnervin T. Braggs v. Eric  Matthew Songer

Appellate case number:   01-18-00642-CV

Trial court case number:  2018-44238

Trial court:               61st District Court of Harris County

Appellant Shawnervin T. Braggs, who is self-represented, filed in this Court an affidavit to proceed in forma pauperis. Appellant has not made financial arrangements for the filing of the clerk's record.

Appellant's submission does not conform to the form Statement of Inability to Afford Payment of Court Costs, nor does it otherwise completely satisfy Rule 145 of the Rules of Civil Procedure. *See* TEX. R. CIV. P. 145.

Within **30 days of the date of this order**, appellant is ordered to file **in the trial court** a Statement of Inability to Afford Payment of Court Costs in form prescribed by the Supreme Court of Texas. *See id*. The form Statement of Inability to Afford Payment of Court Costs is attached to this order. Appellant shall advise this Court that he has complied with our order.

It is so ORDERED.

Judge's signature: ____/s/ Justice Richard Hightower_____
                    ☑ Acting individually     ☐ Acting for the Court


Date: ____January 31, 2019__